# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY, NEWARK DIVISION

| | |
|---|---|
| IN RE ALLERGAN ERISA LITIGATION | Master File No.: 2:17-cv-1554 (SDW-LDW) (Consolidated Action) |
| | **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT AND TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **Oral Argument Requested** |

**DEFENDANTS' NOTICE OF MOTION TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINT AND TO STRIKE PLAINTIFFS' DEMAND FOR A JURY TRIAL**

| | |
|---|---|
| Robert D. Towey (NJ Bar No. 024101984) | Robert D. Eassa (*pro hac vice*) |
| Joseph F. Falgiani (NJ Bar No. 027861980) | Anjuli M. Cargain (NJ Bar No. 05172009) |
| Becker LLC | Duane Morris LLP |
| 354 Eisenhower Parkway | Spear Tower |
| Plaza II, Suite 1500 | One Market Plaza, Suite 2200 |
| Livingston, New Jersey 07039 | San Francisco, CA 94105-1127 |
| Telephone: (973) 442-1100 | Telephone: (415) 957-3000 |
| Facsimile: (973) 442-9122 | Facsimile: (415) 957-3001 |

*Attorneys for Defendants*

**PLEASE TAKE NOTICE** Defendants Allergan PLC, Allergan Benefits Committee, Allergan Oversight Committee, Allergan Investment Committee, Karen Ling, Bryan Kavanaugh, Teresa Hilado, Robert Stewart, James D'Arecca, Stephen Kaufold, Eric Stern, Kellie Sears, Kristen Allgor, Kate DiMarco, Brent L. Saunders, Nesli Basgoz, Paul Bisaro, James H. Bloem, Christopher J. Coughlin, Christopher W. Bodine, Michael Gallagher, Catherine M. Klema, Peter J. McDonnell, Patrick J. O'Sullivan, Ronald R. Taylor and Fred G. Weiss ("Defendants") will move before the Honorable Susan D. Wigenton, United States District Judge, for an Order dismissing the Consolidated Class Action Complaint ("Complaint") in its entirety with prejudice, and striking Plaintiffs' demand for a jury trial. Defendants' Motion is brought on the following grounds:

(1) The Complaint, alleging breach of a fiduciary duty of prudence and loyalty under the Employee Retirement Income Security Act of 1974 ("ERISA") does not satisfy the exacting pleading standard set forth by the Supreme Court in *Fifth Third Bancorp v. Dudenhoeffer*, 134 S. Ct. 2459 (2014) and *Amgen Inc. v. Harris*, 136 S. Ct. 758 (2016);

(2) The Complaint does not plausibly allege the existence of material information that Allergan misrepresented or improperly failed to disclose or that the individual Defendants knew of any nonpublic information that Allergan's Stock price was inflated due to price-fixing of generic drugs during the Class Period;

(3) The Complaint, alleging a failure of the duty to monitor and/or breach of co-fiduciary liability fails because the Complaint does not adequately plead that there was a primary breach of a fiduciary duty;

(4) There is no basis to conclude that the Complaint's deficiencies can be cured, thus warranting dismissal with prejudice of the Complaint in its entirety; and

(5) Plaintiffs are not entitled to a jury because their claims are for equitable relief under ERISA.

The grounds for this motion are fully set forth in the Memorandum of Law in Support of Defendants' Motion, and the Request for Judicial Notice, filed concurrently herewith.

                                                          Respectfully submitted,

Dated:  February 2, 2018           BECKER LLC

                                                    /s/ *Joseph F. Falgiani*
                                                    Robert D. Towey (NJ Bar No. 024101984)
                                                    Joseph F. Falgiani (NJ Bar No. 027861980)
                                                    Becker LLC
                                                    354 Eisenhower Parkway
                                                    Plaza II, Suite 1500
                                                    Livingston, New Jersey 07039
                                                    Telephone:  (973) 442-1100
                                                    Facsimile: (973) 442-9122

Dated:  February 2, 2018           DUANE MORRIS LLP

                                                    Robert D. Eassa (*pro hac vice*)
                                                    Anjuli M. Cargain (NJ Bar No. 05172009)
                                                    Duane Morris LLP
                                                    Spear Tower
                                                    One Market Plaza, Suite 2200
                                                    San Francisco, CA 94105-1127
                                                    Telephone: (415) 957-3000
                                                    Facsimile: (415) 957-3001   (415) 957-3001Email
                                                    :   robert.eassa@sedgwicklaw.com

                                                    Attorneys for Defendants, Allergan PLC, Allergan Benefits Committee, Allergan Oversight Committee, Allergan Investment Committee, Karen Ling, Bryan Kavanaugh, Teresa Hilado, Robert Stewart, James D'Arecca, Stephen Kaufold, Eric Stern, Kellie Sears,

                                              Kristen Allgor, Kate Dimarco, Brent L. Saunders, Nesli Basgoz, Paul Bisaro, James H. Bloem, Christopher J. Coughlin, Christopher W. Bodine, Michael Gallagher, Catherine M. Klema, Peter J. McDonnell, Patrick J. O'Sullivan, Ronald R. Taylor, Fred G. Weiss