**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ALLERGAN ERISA LITIGATION | Master File No. 17-1554 (SDW) (LDW) |
| | **ORDER** |
| | July 2, 2018 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

**WIGENTON,** District Judge.

This matter, having come before the Court on Defendants Allergan plc ("Allergan"), Allergan's Employee Benefits Plan Committee, Allergan's Oversight Committee, Allergan's Investment Committee, the individual members of those committees[1], and the individual members of Allergan's Board of Directors'[2] (collectively, "Defendants") Motion to Dismiss Plaintiffs Andrew J. Ormond and Jack Xie's Consolidated Class-Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), and this Court having carefully reviewed and considered the submissions of the parties, for the reasons stated in this Court's Opinion dated July 2, 2018,

**IT IS** on this 2nd day of July, 2018,

---

[1] Committee members include Karen Ling, Bryan Kavanaugh, Tessa Hilado, Robert Stewart, James D'Arecca, Stephen Kaufhold, Eric Stern, Kellie Sears, Kristen Allgor, Kate DiMarco, and John Does 1-20.

[2] Board members include L. Saunders, Nesli Basgoz, M.D., Paul M. Bisaro, James H. Bloem, Christopher W. Bodine, Christopher J. Coughlin, Michael Gallagher, Catherine M. Klema, Peter J. McDonnell, M.D., Patrick J. O'Sullivan, Ronald R. Taylor, Fred G. Weiss, and Richard Roes 1-20.

2

**ORDERED** that Defendants' Motion to Dismiss, (ECF No. 19), is **GRANTED**.

                                                 s/ *Susan D. Wigenton*  
                                                 **SUSAN D. WIGENTON**  
                                                 **UNITED STATES DISTRICT JUDGE**

Orig:       Clerk  
cc:         Leda Dunn Wettre, U.S.M.J.  
             Parties